# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5030 JLS (MRW) | Date | September 13, 2018 |
| Title | Z.L.D. v. Commissioner | | |

Present: The Honorable  Michael R. Wilner, United States Magistrate Judge

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**     ORDER TO SHOW CAUSE

  1. The Court previously informed Mr. Davis that he cannot serve as his son's guardian ad litem and represent his son in this federal action. (Docket # 8.) The Court gave Mr. Davis until early August 2018 to find a lawyer to represent him (as guardian) and his son.

  2. The Court received no response to its previous order. This suggests that Mr. Davis cannot properly move forward with his son's appeal.

  3. Mr. Davis is therefore ORDERED to show cause why the action should not be dismissed. By October 11, he will file a statement explaining how he intends to comply with the Court's earlier order regarding the status of the case. Alternatively, if he wishes to request that the Court appoint counsel in the action [28 U.S.C. § 1915(e)(1)], he will submit a detailed affidavit explaining the basis for the request.

  **Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**