# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-5030 JLS (MRW) | Date | April 8, 2019 |
|---|---|---|---|
| Title | Z.L.D. v. Commissioner | | |

Present: The Honorable **Michael R. Wilner, United States Magistrate Judge**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. The Court is informed that the Clerk's Office has been unable to locate a lawyer to accept appointment in this action. That comes on the heels of another lawyer affirmatively declining appointment because of communication problems with the minor's father. (Docket # 15.)

2. As things stand, Plaintiff has neither a lawyer nor a suitable guardian advancing his interests in this action. Additionally, no one has filed anything on Plaintiff's behalf in this action since June 2018. (Docket # 7.)

3. The Court will conduct a hearing in this matter on May 8 at 9:30 a.m. Plaintiff's father (he initiated the action and filed the defective guardian *ad litem* application) is ordered to attend the hearing to inform the Court how this case can plausibly proceed. He may choose to hire an attorney and propose another suitable guardian for the action. Alternatively, if he cannot advance the action, he may request voluntary dismissal of the case.

4. The government's representative may appear at the hearing by telephone.

5. Judge Wilner sits in Courtroom 550, 5th Floor, Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles 90012

**Failure to attend the hearing as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**